

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00166-CV

| | | |
|---|---|---|
| Janinne Gilbert | § | From County Court at Law No. 2 |
| v. | | |
| | § | of Denton County (CV-2011-01628) |
| U.S. Bank National Association, as Trustee For Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2007-AC1 Its | § | July 17, 2014 |
| Successors and Assigns | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM